# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
U.S. Probation / Pretrial Services

Myron L. Smith  
Chief U.S. Probation Officer

319 Federal Building and U. S. Courthouse  
35 East Mountain, Room #319  
Fayetteville, AR 72701  
479-442-9892  
Fax -479-442-5276

August 15, 2008

Honorable Jimm Larry Hendren  
Chief U.S. District Judge  
John Paul Hammerschmidt Federal Building  
35 East Mountain Street, Suite 559  
Fayetteville, Arkansas 72701

        RE:    HI-LOCORTOIS, Roberto  
                 Dkt. No.: 5:08CR50057-001  
                 <u>Violation Report</u>

Dear Judge Hendren:

This is to seek the court's guidance in the matter of supervision in this case. On October 2, 2002, the Honorable Dean Whipple, Chief U.S. District Judge in the Western District of Missouri-Springfield, sentenced the defendant to 57 months imprisonment and a 3 year term of supervised release for Illegal Reentry into the U.S., Docket No. 02-05003-01. The defendant was released from the Bureau of Prisons on March 27, 2006 and subsequently deported to Mexico.

On or about September 26, 2007, the defendant was found to be unlawfully in the Western District of Arkansas, Fayetteville Division, without the consent of the proper U.S. authority to reenter the United States, after being deported on June 14, 1996, pursuant to an aggravated felony conviction in the Circuit Court of the State of Mississippi, Harrison County, for possession of marijuana with intent to deliver, and conspiracy to possess marijuana with intent to deliver. In addition, the defendant failed to report to the nearest U.S. Probation Office after reentry into the United States.

On July 9, 2008, U.S. District Court, Western District of Missouri, Springfield Division, issued an order transferring jurisdiction to the Western District of Arkansas, Fayetteville Division, upon acceptance by Your Honor. On July 21, 2008, Your Honor accepted jurisdiction of this term of supervised release and the case has been filed in the Western District of Arkansas as noted above.

Page 2
Hi-Locortois, Roberto
Dkt. No.: 5:08CR50057-001

The apparent violations of conditions of supervised release by Hi-Locortois would place him in a guideline range for imprisonment of 24 to 30 months (Grade A Violation). The term of supervised release is scheduled to terminate on March 26, 2009. It appears Hi-Locortois will be exposed to a guideline imprisonment range of 70 to 87 months on the Western District of Arkansas Indictment, currently set for plea before Your Honor on August 18, 2008. The guideline range will include in the criminal history category the fact that Hi-Locortois was on supervised release at the time the instant offense was committed.

It is respectfully recommended that the court take no action regarding the revocation and instead include the alleged violation as part of the sentencing in the pending Arkansas case and that this case be allowed to expire as scheduled on March 26, 2009. If further information is needed or if the Court prefers to handle this matter differently, please advise.

Sincerely,

Michael K. Scott
U.S. Probation Officer

Reviewed and Approved:

William E. Dunn, Jr.
Supervising U.S. Probation Officer

✓ Take No Action

___ Submit Petition for Violation Hearing

___ Other _____

_____ 8/18/08
Honorable Jimm Larry Hendren        Date
Chief U.S. District Judge

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

AUG 1 8 2008

CHRIS R. JOHNSON, CLERK
BY_____
    DEPUTY CLERK